IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARLENE WHITEMAN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:04cv223 RWS |
| DENNY'S, INC., | ) |
| Defendant. | ) |

*So Ordered* [signature] 11/14/05

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties have settled the above-captioned matter and request that the Court hereby dismiss the matter with prejudice. Each party shall bear her or its own costs and attorney's fees.

Respectfully submitted,

**THE BARRY LAW FIRM**

By: /s/ Gregory F. Herkert
   Gregory F. Herkert, E.D. Mo. # 30129
   8000 Maryland Avenue, Suite 1060
   St. Louis, MO 63105
   Telephone: (314) 725-5000
   Facsimile: (314) 421-4724
   Email:   gherkert@thebarrylawfirm.com
   *Attorneys for Plaintiff*

and

**BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP**

By:   /s/ Karen J. Halbrook
   Karen J. Halbrook, MO Bar # 38919
   Julia D. Kitsmiller, MO Bar # 51883
   Two Emanuel Cleaver Blvd., Suite 500
   Kansas City, Missouri 64112
   Telephone: (816) 561-7007
   Facsimile: (816) 561-1888
   Email:   khalbrook@bowse-law.com
   *Attorneys for Defendant Denny's Inc.*